UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STEVEN D. COLLYMORE,<br><br>  Plaintiff,<br><br>  v.<br><br>SUFFOLK COUNTY SHERIFF DEPT.,<br>MEDICAL DEPT. AT SOUTH BAY, and<br>LEMEL SHATTUCK HOSPITAL<br>  Defendants. | Civil Action No.<br>18-11217-NMG |

## ORDER

**GORTON, D. J.**

  1.  Pro se prisoner plaintiff Steven D. Collymore shall, within 21 days of the date of this Order, either (1) pay the $400.00 filing and administrative fees[1]; or (2) file a complete six-month certified prison account statement. On June 11, 2018, plaintiff filed this civil action along with a motion for leave to proceed in forma pauperis. On June 12, 2018, the Court denied the motion without prejudice because plaintiff failed to provide a certified six-month prison account statement as required pursuant to 28 U.S.C. §1915(a)(2), and ordered plaintiff to either pay the filing fee or file a renewed motion to proceed *in forma pauperis* along with a complete prisoner account statement.[2] On June 18, 2018, plaintiff filed a renewed motion for leave to proceed *in*

---

[1] The $50.00 administrative fee became effective May 1, 2013; it does not apply to persons proceeding in forma pauperis. See Judicial Conference Fee Schedule.

[2] Where, as here, the plaintiff is a prisoner, a request to proceed without prepayment of the filing fee must be accompanied by "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner **for the 6-month period immediately preceding the filing of the complaint** . . . obtained from the appropriate official of **each prison** at which the prisoner is or was confined." 28 U.S.C. § 1915(a)(2)(emphasis supplied). Unlike other civil litigants, prisoner plaintiffs are not entitled to a complete waiver of the filing fee,

*forma pauperis*, but only included a prisoner account statement for one month prior to the filing of the complaint. However, based upon court filings made by the plaintiff in another matter, it appears he may have been in custody prior to the approximate one month of time submitted to the Court. See Collymore v. Suffolk County Sheriff, 18-10846-LTS, Motion to Proceed In Forma Pauperis, ECF No. 2 (Collymore stating under oath that he was incarcerated as of April 24, 2018); and Prison Account Statement, ECF No. 9, p.2 (showing prison account transactions in March and April 2018.)

2. Failure of plaintiff to comply with this order will likely result in denial of the motion to proceed *in forma pauperis* and dismissal of this action without prejudice.

**SO ORDERED.**

Dated: June 25, 2018

_Nathaniel M. Gorton_
UNITED STATES DISTRICT JUDGE

---

notwithstanding the grant of in forma pauperis status. Based on the information contained in the prison account statement, the Court will direct the appropriate prison official to withdraw an initial partial payment from the plaintiff's account, followed by payments on a monthly basis until the $350.00 filing fee is paid in full. See 28 U.S.C. § 1915(b)(1)-(2). Even if the action is dismissed upon a preliminary screening, see 28 U.S.C. §§ 1915(e)(2), 1915A, the plaintiff remains obligated to pay the fee, see McGore v. Wrigglesworth, 114 F.3d 601, 607 (6th Cir. 1997) (§ 1915(b)(1) compels the payment of the fee at the moment the complaint is filed).